FILED: June 8, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4
(1:05-cv-00260-CCE-JEP)

_____

LESLEY EUGENE WARREN

      Petitioner - Appellant

v.

MARVIN POLK, Warden

      Respondent - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:05-cv-00260-CCE-JEP |
| Date notice of appeal filed in originating court: | 06/06/2017 |
| Appellant (s) | Lesley Eugene Warren |
| Appellate Case Number | 17-4 |
| Case Manager | RJ Warren<br>804-916-2702 |