FILED: July 13, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4
(1:05-cv-00260-CCE-JEP)
_____

LESLEY EUGENE WARREN

      Petitioner - Appellant

v.

MARVIN POLK, Warden

      Respondent - Appellee

_____

O R D E R
_____

Upon consideration of the motion for substitution of co-counsel, the court grants the motion. Jonathan Broun is substituted as co-counsel for Lesley Eugene Warren on appeal.

Elizabeth Simpson is approved as associate counsel for Lesley Eugene Warren on appeal. Non-capital hourly rates apply to compensation for associate counsel services.

The court grants the motion for extension, and extends the briefing schedule as follows:

Opening brief due: 11/15/2017

Appendix due: 11/15/2017

                                                     For the Court

                                                     /s/ Patricia S. Connor, Clerk