# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| LESLEY EUGENE WARREN, | * | |
| *Petitioner-Appellant*, | * | |
| v. | * | Case No. 17-4 |
| MARVIN POLK, | * | |
| *Respondent-Appellee*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANT'S MOTION TO HOLD CASE IN ABEYANCE PENDING RESOLUTION OF RELATED CASES

This is an appeal from the denial of a 28 U.S.C. § 2254 capital habeas petition. The appellant, Lesley Eugene Warren, moves for an order holding this case in abeyance pending the outcome of related post-conviction matters pending in Guilford County, North Carolina, Buncombe County, North Carolina, and/or Greenville County, South Carolina. The undersigned counsel certifies that counsel communicated with opposing counsel on October 13, 2017, explaining the nature of the relief to be sought by way of this motion and seeking concurrence in the relief. Opposing counsel opposes the motion. A brief in support of this motion is filed herewith.

1

WHEREFORE, the appellant respectfully requests that this Court enter an order holding this case in abeyance pending the outcome of related cases.

                                                Respectfully submitted,

October 24, 2017                             /s/ Kristin D. Parks
                                                Kristin D. Parks
                                                211 North Columbia Street
                                                Chapel Hill, NC  27514
                                                (919) 942-4445
                                                N.C. Bar No. 22243

                                                Jonathan E. Broun
                                                N.C. Prisoner Legal Services
                                                P.O. Box 25397
                                                Raleigh, NC 27611
                                                (919) 856-2200
                                                N.C. Bar No. 18108

                                                Elizabeth G. Simpson
                                                N.C. Prisoner Legal Services
                                                P.O. Box 25397
                                                Raleigh, NC 27611
                                                (919) 856-2200
                                                N.C. Bar No. 41596

                                                *Counsel for Appellant*

2

# CERTIFICATE OF SERVICE

I hereby certify that foregoing has been duly served by first class mail upon Mr. Jess Mekeel, Assistant Deputy Attorney General, North Carolina Department of Justice, P.O. Box 629, Raleigh, North Carolina, 27602-0629, by placing a copy in an envelope addressed as stated above and by placing the envelope in a depository maintained by the United States Postal Service, as well as by electronic means via the Court's ECF system.

This the 24th day of October 2017,

\_\_\_\_/s/ Elizabeth G. Simpson_____

Elizabeth G. Simpson

*Counsel for Appellant*