FILED: November 13, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4
(1:05-cv-00260-CCE-JEP)

_____

LESLEY EUGENE WARREN

      Petitioner - Appellant

v.

MARVIN POLK, Warden

      Respondent - Appellee

_____

O R D E R

_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 2136 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk